# IN THE UNITED STATES NORTHERN DISTRICT COURT OF GEORGIA



Rachael Alabi
Plaintiff,

v.

TRANS UNION LLC
Defendant.

Case No. 1:25-cv-01679-SEG-JEM

## MOTION TO REDACT PLAINTIFF'S PERSONAL HOME ADDRESS FROM DOCKET

Rachael Alabi ("Plaintiff") respectfully moves this Honorable Court to redact the public visibility of Plaintiff's personal home address from docket systems and public access systems.

Plaintiff shows the Court the following:

1. Plaintiff has recently filed documents related to this matter that include Plaintiff's full residential address, as required in certain case caption formats and initial filings.
2. At this time, the case does appear to be publicly available through the Court's online docket system or public access records.
3. Plaintiff is concerned that the disclosure of their home address could pose a safety risk or result in unwanted intrusion and wishes to preserve their right to privacy as outlined under relevant state and federal privacy protections.
4. The redaction of Plaintiff's address would not prejudice any party, nor would it affect the Court's ability to make a decision on the matter. The Court and opposing party will retain access to Plaintiff's full information as required, while shielding such information from general public access.
5. Plaintiff respectfully requests that the Court instruct the Clerk to redact or seal Plaintiff's personal address from any filings that may be made publicly available or published via the Court's docket or record systems.

**WHEREFORE**, Plaintiff prays that this Honorable Court:

- GRANT this Motion to Redact Plantiffs home address from docket system and public access records;
- INSTRUCT the Clerk of Court to redact or otherwise withhold Plaintiff's personal home address from docker systems and public records in this matter.
- ALLOW Plaintiff to submit redacted filings or amended documents as needed;
- And provide such other and further relief as the Court deems just and proper.

Respectfully submitted,

Rachael Alabi
rachael.o.alabigmail.com
678-480-5321
May 8, 2025