UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 23 2025
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Rachael Alobi
Plaintiff,

v.

Case Number: 1:25-CV-01679 SEG-JEM

TRANSUNION LLC
Defendant.

Notice of Change of Address
3564 Wesley Chapel Rd
E119
Decatur, GA 30034