AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-1679-SEG-JEM

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 23 2025
KEVIN P. WEIMER, Clerk
By: SBY Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRANS UNION LLC, by serving its registered agent, Corporation Service Company
was received by me on *(date)* 07/23/2025.

☑ I personally served the summons on the individual at *(place)* Thompson O'Brien Kappler & Masuti 2 Sun Ct NW Suite 400, Peachtree Corners, GA 30092 on *(date)* 07/23/2025; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BARRY SMITH, who is designated by law to accept service of process on behalf of *(name of organization)* Trans Union LLC on *(date)* 07/23/2025; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 07/23/2025

*Server's signature*

David Alabi
*Printed name and title*

571 Formwalt St SW Unit 1
Atlanta, GA 30312
*Server's address*

Additional information regarding attempted service, etc: